UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO.:

DONTAVIS BESS,

 Plaintiff,

v.

OCEAN REEF CLUB, INC.

 Defendants.

_____/

## NOTICE OF REMOVAL

Defendant Ocean Reef Club, Inc. ("Defendant"), hereby removes this action, which is currently pending in the Circuit Court for the Sixteenth Judicial Circuit in and for Monroe County Florida, Case No. 2021-CA-61-P (the "State Court Action"), to the United States District Court for the Southern District of Florida, Key West Division. In support of this Notice of Removal, Defendant states the following:

## REMOVAL STANDARD

1. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."

2. Under 28 U.S.C. § 1331, federal courts shall have original jurisdiction of all civil actions "arising under the Constitution, laws, or treaties of the United States."

## PAPERS FROM REMOVED ACTION

3.      Pursuant to 28 U.S.C. § 1446(a), Defendant attaches to this Notice of Removal a copy of all pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action. *See* Exhibit 1, attached hereto.

## THE REMOVAL IS TIMELY

4.      Defendant was served with the State Court Action on March 10, 2021. Accordingly, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b). *See* 28 U.S.C. § 1446(b) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant . . . of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . .").

## VENUE IS PROPER

5.      Venue is proper in this Court because this action is being removed from the Circuit Court in and for Monroe County, Florida. *See* Ex. 1, Compl. at ¶ 3.

## FEDERAL QUESTION JURISDICTION

6.      Plaintiff asserts claims for race discrimination and retaliation under 42 U.S.C. §1981, as well as the Florida Civil Rights Act, Florida Statutes, §§760 *et seq*.

7.      This Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331, and this case is therefore properly removable to this Court pursuant to 28 U.S.C. § 1441 in that it is a civil action containing federal causes of action.

8.      Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's other claims because they are so related to claims in this action within such original jurisdiction that they form part of the same cause or controversy.

## **FILING OF REMOVAL PAPERS**

9. Pursuant to 28 U.S.C. § 1446(d), written notice of removal of this action will be promptly served to Plaintiff.

10. Concurrent with the filing of this Notice of Removal, Defendant has filed a Notice of Filing the Notice of Removal, including a true and correct copy of the Notice of Removal with the Clerk of the Circuit Court in and for Monroe County, Florida. *See* Exhibit 2, attached hereto.

11. The undersigned counsel is authorized by Defendant to file this Notice of Removal, is licensed to practice law in the state of Florida, and is a member in good standing of this Court.

**WHEREFORE**, Defendant hereby removes the above-captioned action from the Circuit Court in and for Monroe County, Florida, and requests that further proceedings be conducted in this Court as provided by law.

Date: March 30, 2021                                                              Respectfully submitted,

By: */s/ Cathy M. Stutin*
Cathy M. Stutin
Florida Bar No.: 91156
cstutin@fisherphillips.com
Fisher & Phillips LLP
450 East Las Olas Boulevard, Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4800
Facsimile: (954)-525-8739

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on **March 30, 2021**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Cathy M. Stutin*
CATHY M. STUTIN

## SERVICE LIST

Peter M. Hoogerwoerd, Esq.
Remer & George-Pierre, PLLC
44 W. Flagler Street, Suite 2200
Miami, FL  33130
Tel:  (305) 416-5000
Fax:  (305) 416-5005
pmh@rgpattorneys.com

*Attorneys for Plaintiff*