**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-10038-CV-KING

DONTAVIS BESS,

    Plaintiff,

v.

OCEAN REEF CLUB, INC.,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE came before the court upon the Stipulation of Dismissal With Prejudice (D.E. #7) filed January 4, 2022. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the agreement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. All Discovery, Motion Practice Deadlines, Pretrial Conference and Trial dates are hereby canceled.

3. The Clerk shall **CLOSE** this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 5th day of January, 2022.

*James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record